NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE MIYABI NAKAMURA, TAKAHIRO SHIMIZU, HIROYUKI UWAZUMI, NAOKI TAKIZAWA, and TADAAKI OIKAWA

2010-1350

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

The parties move jointly for a remand to the Patent and Trademark Office for further proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

JUL 15 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Marc A. Rossi, Esq.
Raymond T. Chen, Esq.

s20

Issued As A Mandate: JUL 15 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK